

FILED BY _____ D.C.

05 OCT 13 AM 10: 38

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, JACKSON

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

JOSEPH KYLE,

v.

BENTON COUNTY, TENNESSEE,            CASE NUMBER:   1:04-1180-T/An
ET AL.,

**Decision by Jury** This action came to consideration before a Jury. The issues have been tried and a decision rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/6/2005, summary judgment was granted as to plaintiff's state claims against defendants Jimmy Thornton and Benton County; and in compliance with the order on jury verdict entered on 10/06/2005, a verdict was entered in favor of the plaintiff against defendants Jimmy Thornton and Benton County, TN and awarded the plaintiff damages in the amount of $1.00.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                    THOMAS M. GOULD
                                    CLERK

10/13/05                      BY:   _C. Heard_
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/14/05.

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CV-01180 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

John D. Schwalb
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

D. Scott Porch
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

Honorable James Todd
US DISTRICT COURT