IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 PM 1:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Joseph Kyle,<br>    Plaintiff, | )<br>)<br>) |
| v. | )  No. 04-1180 T/An |
| Benton County, Tennessee<br>and Jimmy Thornton,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## ORDER TAXING COSTS

Plaintiff, Joseph Kyle, the prevailing party in the above-captioned action under Judgment entered September 14, 2005 in favor of Plaintiff Joseph Kyle, filed its Bill of Costs, pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. §1920, on October 28, 2005 in the sum of $2,214.91, seeking reimbursement from Defendants Benton County, Tennessee and Jimmy Thornton for the following itemized expenses:

|   |   | Requested |
|---|---|---|
| 1. | Clerk's Fees | $ 62.00 |
| 2. | Court Reporter and Transcript | 1,942.80 |
| 3. | Printing Fees | 110.11 |
|   | Total Costs Submitted by Plaintiff Joseph Kyle | $ 2,214.91 |

The Clerk of Court, pursuant to Local Rule 54.1, provided written notice to counsel for all parties on November 7, 2005 that a hearing would be held by the Clerk of Court on November 29, 2005 at 10:30 AM at which counsel could appear and/or submit citations of law relevant to the issue of taxing costs in this matter. Neither counsel for Plaintiff nor counsel for either Defendants appeared, and no party submitted citations of law relevant to the issue of taxing costs in this matter.

Since Plaintiff's Bill of Costs included claims that are covered by 28 U.S.C. § 1920 and were not objected to by Defendant Benton County, Tennessee or Defendant Jimmy Thornton, the Clerk of Court has determined that costs should be and are hereby taxed against Defendant Benton County, Tennessee and Defendant Jimmy Thornton and in favor of Plaintiff Joseph Kyle in the amount of $2,214.91.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

Pursuant to Local Rule 54.1, taxation of costs by the Clerk of Court may be reviewed by the Court upon motion, which must be served within five (5) days following the docketing of this Order.

Dated: December 12, 2005.

*[signature]*
Thomas M. Gould, Clerk of Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CV-01180 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

John D. Schwalb
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

D. Scott Porch
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

Honorable James Todd
US DISTRICT COURT